U S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

JAN 2 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

EDWIN CRAYTON,

              Plaintiff,

– Versus –

CITY OF NATCHITOCHES, LOUISIANA;
WAYNE MCCULLEN, Mayor, City of
Natchitoches; MELVIN HOLMES, Chief of
Police, City of Natchitoches,

              Defendants.

NUMBER: 1:06cv1946

JUDGE: Dee Drell
MAG: Kirk

## CONSENT JUDGMENT

Plaintiff Edwin Crayton, and Defendants City of Natchitoches, Louisiana, Wayne McCullen, and Melvin Holmes, having engaged in good faith negotiations, voluntarily agree to the entry of this Consent Judgment, subject to the Court's approval. This Consent Judgment is intended to establish and memorialize the parties' agreement with respect to Plaintiff's constitutional challenge to City of Natchitoches City Code §§ 20-16 through 20-25. Defendants have rescinded those ordinances, and they are no longer part of the Natchitoches City Code.

After reviewing the terms of this Consent Judgment, the Court concludes that the entry of this Consent Judgment comports with the First Amendment to the Constitution of the United States of America and applicable federal law.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. A declaration is hereby entered, pursuant to 28 U.S.C. § 2201, that Plaintiff Crayton's constitutional rights were violated by the enforcement of City of

Natchitoches City Code §§ 20-16 through 20-25, and that said ordinances were unconstitutional both on their face and as applied to Plaintiff Crayton;

2. Plaintiff Crayton is hereby awarded nominal damages in the amount of $1.00.

Alexandria, the 25th day of JANUARY, 2007.

THE HONORABLE JUDGE DRELL
UNITED STATES DISTRICT JUDGE

The parties consent to the entry of this judgment.

Katie Schwartzmann, LA Bar No. 30295
Staff Attorney for the ACLU Foundation of Louisiana of Louisiana
PO Box 56157
New Orleans, LA 70156
(504) 592-8056

Attorney for Plaintiff

Jane L. Johnson, LA Bar No. 7300   with permission by K. Schwartzmann
Cooperating Attorney for the ACLU Foundation of La
6329 Freret Street
New Orleans, LA 70118
(504) 865-5153

Attorney for Plaintiff

Ronald E. Corkern, LA Bar No. 4403
Corkern & Crews, LLC
PO Box 1036
Natchitoches, LA 71458
(318) 352-9809

Attorney for Defendants